UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN FREEMAN, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:15-CV-861 |
| | § | |
| PROCOLLECT, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

Pursuant to the Plaintiff's Notice of Voluntary Dismissal without Prejudice filed on April 21, 2015 (Doc. 5) this case is DISMISSED without prejudice. All costs and fees are to be paid by the parties that incurred them.

SIGNED at Houston, Texas, this 24th day of April, 2015.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE